**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 RAYMOND LEON SYKES SR.,

                         Plaintiff,

        -against-                                  25 **CIVIL** 5276 (LLS)

                                         **JUDGMENT**

VA NY HARBOR HEALTHCARE SYSTEM;
THE MARGARET COCHRAN CORGIN VA
CAMPUS; HEALTHCARE TECHS
EMPLOYEES,

                        Defendants.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 6, 2026, Plaintiff's complaint, filed IFP under 28 U.S.C. §

1915(a)(1), is dismissed; accordingly, the case is closed.

**Dated:** New York, New York

        June 22, 2026

                                     **TAMMI M. HELLWIG**
                                        _____
                                          **Clerk of Court**

                   **BY:**                K. mango

                                          _____
                                          **Deputy Clerk**